# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REGER and TRANS UNION, LLC,<br><br>        Petitioners,<br><br> vs.<br><br>BRENDA CAMPBELL,<br><br>        Respondent. | CASE NO. 09cv2754 DMS (AJB)<br><br>**ORDER GRANTING PETITION TO QUASH SUBPOENA** |

   This case comes before the Court on Petitioner Trans Union LLC's petition to quash a subpoena issued by counsel for Brenda Campbell to Steve Reger, Director of Consumer Relations for Trans Union, LLC. The deposition subpoena issued from this Court on December 4, 2009, and listed December 11, 2009, as the date of the deposition, and a business center in La Mirada, California, as the location for the deposition. Mr. Reger's address is listed as Fullerton, California. Mr. Reger received the subpoena on December 7, 2009.

   On December 10, 2009, Trans Union, LLC filed the present petition to quash the subpoena. The Court heard argument from counsel for Trans Union, Ms. Campbell, and Experian Information Solutions, Inc. (the defendant in the underlying case) this afternoon. After reviewing the petition, the documents submitted therewith, the relevant case law, and hearing oral argument from counsel, the Court grants the petition to quash the subpoena.

   Federal Rule of Civil Procedure 45(a)(2)(B) requires that deposition subpoenas issue "from the court for the district where the deposition is to be taken." Fed. R. Civ. P. 45(a)(2)(B). Here, the

deposition is to be taken in La Mirada, California. La Mirada is in Los Angeles County, which is within the United States District Court for the Central District of California, Western Division. *See* 28 U.S.C. § 84(c)(2). Therefore, the deposition subpoena at issue here should have issued from the Central District of California, not the Southern District of California. This failure to comply with the Rule renders the subpoena defective and unenforceable. *See Hallamore Corp. v. Capco Steel Corp.*, 259 F.R.D. 76, 79 (D. Del. 2009). Accordingly, the Court grants the petition to quash the subpoena.

**IT IS SO ORDERED**.

DATED: December 10, 2009

HON. DANA M. SABRAW
United States District Judge