# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Steven Reger and Trans Union, LLC

               V.    **JUDGMENT IN A CIVIL CASE**

Brenda Campbell

                                         CASE NUMBER:    09cv2754-DMS-AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Grants the Petition to Quash the Subpoena.

| December 10, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/L Odierno |
| | (By) Deputy Clerk |
| | ENTERED ON December 10, 2009 |